**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY LINSTON GILLILAN, :
      :
    Plaintiff, :
      :
v. : 1:07-CV-05 (WLS)
      :
MICHAEL THORNTON , :
      :
    Defendants. :
      :

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 15), filed July 19, 2007. It is recommended that Defendant's motion to dismiss be denied without prejudice. Neither Plaintiff, nor Defendant, has filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 5) is **DENIED without prejudice.**

SO ORDERED, this   28th   day of August, 2007.

                                                    /s/W. Louis Sands
                                              **W. Louis Sands, Judge
                                              United States District Court**