**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY GILLILAN, :
    Plaintiff, :
v. : 1:07-CV-5 (WLS)
MR. THORNTON, :
    Defendant. :
_____ :

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 21), filed December 11, 2007. It is recommended that Defendant's motion for summary judgment be granted. (Doc. No. 13). The Plaintiff has not filed a timely objection to the Report and Recommendation.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion for summary judgment (Doc. No. 13) is **GRANTED.**

    SO ORDERED, this 7th day of March, 2008.

                                    /s/W. Louis Sands
                                    **W. Louis Sands, Judge
                                    United States District Court**